**Exhibit A to the Complaint**

**Location:** Brooklyn, CT                                                                                         **IP Address:** 75.135.109.34
**Total Works Infringed:** 22                                                                                    **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/13/2018 02:10:09 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 2 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 06/17/2018 18:18:07 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 3 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | Blacked Raw | 09/23/2018 15:05:18 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 4 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/14/2018 21:34:19 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 5 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | Blacked Raw | 11/05/2018 00:47:00 | 11/03/2018 | 12/09/2018 | 17210231043 |
| 6 | 2B85D15D84E81269B8EBF614E3EE10536452615D | Blacked | 09/03/2018 02:17:01 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 7 | 3054C593A507D9BE1746BAD469DE0F54405602CC | Blacked | 10/26/2018 21:53:22 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 8 | 41F78D5492685571C1698A45C2B9D24E53275C1C | Blacked Raw | 08/06/2018 21:02:30 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 9 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/24/2018 17:09:58 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 10 | 4F821955DC86A3207CBD1A1ACDFDD18474C662BB | Blacked | 04/17/2018 01:05:26 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 11 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 06/17/2018 18:43:43 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 12 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/25/2018 01:27:31 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 13 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/10/2018 23:56:06 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 14 | AC67673F7696B9954C7DB6A0207FEEE77EBB862E | Blacked Raw | 03/24/2018 16:13:26 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 15 | AF7E863345F8B744D2E2741C8A3E376C30BDED5E | Blacked | 06/24/2018 15:53:51 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 16 | D46321A3CC7D1FA487D5AFF69B9D445A6EC14DBE | Blacked | 09/18/2018 01:34:34 | 09/17/2018 | 10/16/2018 | PA0002127778 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | D852FA52B433E33281CD4D63EF0F9B59CEF29B62 | Blacked Raw | 09/15/2018 01:38:40 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 18 | D89E7CFE3C21D90BDCBAF2B38ACA90400E9BF6AB | Blacked | 10/26/2018 21:42:14 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 19 | E786AE9B09260D1D3F6B900225CB97D78E856AA8 | Blacked | 03/17/2018 18:00:48 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 20 | EB5AEAF926A869DC5915E9BACB9D0C24A9811CCF | Blacked | 07/10/2018 02:26:29 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 21 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 08/22/2018 19:59:30 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 22 | FD48DEFCB7314A4122943DF63414C888FC912451 | Blacked | 07/04/2018 18:41:34 | 07/04/2018 | 08/07/2018 | PA0002131913 |